RECEIVED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

2005 JAN 31  AM 8:29

| | |
|---|---|
| UNITED STATES OF AMERICA } | MAGISTRATE NO. 5:05-MJ-0204 |
| } | |
| vs } | VIOLATION: 18 U.S.C., |
| } | Section 641 |
| WENDY J. DAVIS } | |
| _____ } | Filed at 8:30 A.M |
| | 2-8, 2005 |
| THE UNITED STATES ATTORNEY CHARGES: | Malinda Witt |
| | DEPUTY CLERK, U.S. DISTRICT COURT |
| | MIDDLE DISTRICT OF GEORGIA |

That on or about December 19, 2004, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, WENDY J. DAVIS, did, with the intent to steal, purloin, or convert to her own use, take merchandise belonging to the Army Air Force Exchange, to include several DVDs of a total value of less than $1,000.00, in violation of Title 18 of the United States Code, Section 641.

MAXWELL WOOD
United States Attorney

DIETLINDE A. DIAL
Special Assistant U.S. Attorney

DATE: 19 January 2005