IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | |
| | NO. 5: 05-MJ-02-04 (CWH) |
| WENDY JOY DAVIS, | **VIOLATION(S):** Theft of Gov't Property |
| Defendant | |

## O R D E R

Upon consideration of defendant's **MOTION FOR RECONSIDERATION** (Tab #40) and of the response filed thereto by counsel for the United States (Tab #41), the undersigned declines to alter the sentence imposed upon defendant WENDY JOY THOMAS on September 6, 2005.

SO ORDERED AND DIRECTED, this 27th day of SEPTEMBER, 2005.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE